Gerardo Hernandez, Bar No. 292809
ghernandez@littler.com
Annureet K. Bezwada, Bar No. 297883
abezwada@littler.com
Carolyn Hudson, Bar No. 334842
chudson@littler.com
Zoe Y. Monty-Montalvo, Bar No. 352595
zmontymontalvo@littler.com
LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, California 93704.2225
Telephone: 559.244.7500
Facsimile: 559.244.7525

Attorneys for Defendant
BLUESCOPE BUILDINGS NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANA VALDIVIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BLUESCOPE BUILDINGS NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No. 1:24-cv-01343-JLT-SKO<br><br>**JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DATES; ORDER**<br><br>Judge: Jennifer L. Thurston<br>Magistrate: Sheila K. Oberto<br>Courtroom: 7<br><br>(Doc. 16)<br><br>Trial Date: August 4, 2026<br>Removal Filed: November 1, 2024<br>Complaint Filed: September 26, 2024 |

**IT IS HEREBY STIPULATED BY AND BETWEEN ALL PARTIES AS FOLLOWS:**

Plaintiff JOHANA VALDIVIA ("Valdivia" or "Plaintiff") and Defendant BLUESCOPE BUILDINGS NORTH AMERICA, INC. ("BlueScope" or "Defendant"), by and through their respective counsel of record, hereby submit the following stipulation and proposed order. The stipulation and proposed order relate to continuing the trial date and all related dates in light of the Parties' agreement to take the above-referenced lawsuit to mediation. The Parties continue to discuss appropriate mediators for this matter and have agreed all the dates and deadlines set forth in the February 5, 2025 Scheduling Order, (Dkt. 10) shall be continued. Although fact discovery will be continued the Parties agree and hereby stipulate that for the sake of fairness this limitation is reasonable. As set forth below, this stipulation seeks a continuance of the trial date and all related dates and deadlines associated therewith.

**BRIEF JOINT STATEMENT**

WHEREAS on September 24, 2025, Counsel for Defendant timely, and properly noticed Plaintiff's Deposition to occur on October 30, 2025 after the Parties' met and conferred regarding an agreeable date and time for the deposition. To date no objections have been served by Plaintiff and her counsel.

WHEREAS on October 7, 2025, Counsel for Plaintiff timely, and properly noticed Claudia Ramos' Deposition and separately, noticed Michelle Soto/Person Most Knowledgeable Deposition to occur on November 7, 2025 and November 10, 2025, respectively.

WHEREAS on October 21, 2025, Counsel for Defendant timely, and properly served Objections to the Notice of Deposition of Claudia Ramos with Request for Production of Documents and timely, and properly served Objections to the Notice of Deposition of Michelle Soto/Person Most Knowledgeable.

WHEREAS on October 22, 2025, Counsel for Plaintiff and Counsel for Defendant discussed the possibility of continuing the trial and related dates if the parties were to agree to take the above-referenced case to mediation.

WHEREAS on October 27, 2025, the parties agreed to mediate Plaintiff's claims and request a continuance of the trial date and all related deadlines as set forth by this Court in the Scheduling

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

2    JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DATES; ORDER

Order dated February 5, 2025.

WHEREAS on October 29, 2025, in light of the Parties meeting and conferring regarding mediators, the Parties and their respective counsel's schedules, and the pending holidays, the Parties agreed to continue trial and all related dates as follows:

1. Discovery Deadlines: Non Expert Discovery currently set to cut off on November 11, 2025 shall be continued by 160 days to April 20, 2026, Expert Disclosures currently set to cut off on December 1, 2025 shall be continued by 160 days to May 10, 2026, Rebuttal Expert Disclosures currently set to cut off on December 15, 2025 shall be continued by 160 days to May 24, 2026, and Expert Discovery currently set to cut off on January 12, 2026 shall be continued by 160 days to June 21, 2026.

2. Non-Dispositive Motion Deadlines: The non-dispositive motion filing deadline currently set for January 28, 2026 shall be continued by 160 days to July 7, 2026, the non-dispositive motion hearing date currently set for March 2, 2026 shall be continued by 160 days to August 9, 2026.

3. Dispositive Motion Deadlines: The dispositive motion filing deadline currently set for February 9, 2026 shall be continued by 160 days to July 19, 2026, the dispositive motion hearing date currently set for March 16, 2026 shall be continued by 160 days to August 23, 2026.

4. The deadline to provide a proposed settlement conference date currently set for May 6, 2026 shall be continued by 160 days to October 13, 2026.

5. The pre-trial conference currently set for June 8, 2026 at 1:30 p.m. in Courtroom 4 shall be continued by 160 days to November 15, 2026 at 1:30 p.m. in Courtroom 4.

6. The trial date currently set for August 4, 2026 at 8:30 a.m. in Courtroom 4 (7-10 trial days), shall be continued by 160 days to January 11, 2027.

**STIPULATION AND REQUEST FOR RELIEF**

THEREFORE, the Parties, by and through their respective counsel of records, hereby stipulate, subject to the Court's approval, as follows:

1. Discovery Deadlines: Non Expert Discovery currently set to cut off on

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

3

JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DATES; ORDER

1  November 11, 2025 shall be continued by 160 days to April 20, 2026, Expert Disclosures currently

2  set to cut off on December 1, 2025 shall be continued by 160 days to May 10, 2026, Rebuttal Expert

3  Disclosures currently set to cut off on December 15, 2025 shall be continued by 160 days to May 24,

4  2026, and Expert Discovery currently set to cut off on January 12, 2026 shall be continued by 160

5  days to June 21, 2026, or to dates that are convenient to the Court;

6       2.      Non-Dispositive Motion Deadlines: The non-dispositive motion filing deadline

7  currently set for January 28, 2026 shall be continued by 160 days to July 7, 2026, the non-dispositive

8  motion hearing date currently set for March 2, 2026 shall be continued by 160 days to August 9, 2026,

9  or to dates that are convenient to the Court;

10       3.      Dispositive Motion Deadlines: The dispositive motion filing deadline currently

11  set for February 9, 2026 shall be continued by 160 days to July 19, 2026, the dispositive motion hearing

12  date currently set for March 16, 2026 shall be continued by 160 days to August 23, 2026, or to dates

13  that are convenient to the Court;

14       4.      The deadline to provide a proposed settlement conference date currently set for

15  May 6, 2026 shall be continued by 160 days to October 13, 2026, or to a date that is convenient to the

16  Court;

17       5.      The pre-trial conference currently set for June 8, 2026 at 1:30 p.m. in

18  Courtroom 4 shall be continued by 160 days to November 15, 2026 at 1:30 p.m. in Courtroom 4, or to

19  a date that is convenient to the Court;

20       6.      The trial date currently set for August 4, 2026 at 8:30 a.m. in Courtroom 4 (7-

21  10 trial days), shall be continued by 160 days to January 11, 2027, or to a date that is convenient to

22  the Court.

23       *[SIGNATURES ON FOLLOWING PAGE]*

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

4    JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DATES; ORDER

Dated: October 29, 2025

LIMONJYAN LAW GROUP, APC

/s/
Ruben Limonjyan
Robert Meehan

Attorneys for Plaintiff
JOHANA VALDIVIA

Dated: October 29, 2025

LITTLER MENDELSON, P.C.

/s/
Gerardo Hernandez
Annureet K. Bezwada
Carolyn Hudson
Zoe Y. J. Monty-Montalvo

Attorneys for Defendant
BLUESCOPE BUILDINGS NORTH AMERICA, INC.

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

5    JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DATES; ORDER

**ORDER**

For good cause appearing (Fed. R. Civ. P. 16(b)(4)), the Court grants the Parties' Joint Stipulation to Continue Trial and Related Dates (Doc. 16) as follows:

1. Discovery Deadlines: Non Expert Discovery currently set to cut off on November 11, 2025, shall be continued to **April 20, 2026**, Expert Disclosures currently set to cut off on December 1, 2025, shall be continued to **May 11, 2026**, Rebuttal Expert Disclosures currently set to cut off on December 15, 2025, shall be continued to **May 22, 2026**, and Expert Discovery currently set to cut off on January 12, 2026, shall be continued to **June 22, 2026**;

2. Non-Dispositive Motion Deadlines: The non-dispositive motion filing deadline currently set for January 28, 2026, shall be continued to **July 7, 2026**, the non-dispositive motion hearing date currently set for March 2, 2026, shall be continued to **August 12, 2026**;

3. Dispositive Motion Deadlines: The dispositive motion filing deadline currently set for February 9, 2026, shall be continued to **July 20, 2026**, the dispositive motion hearing date currently set for March 16, 2026, shall be continued to **August 24, 2026**.

4. The deadline to provide a proposed settlement conference date currently set for May 6, 2026, shall be continued to **October 14, 2026, or 90 days before trial, whichever is later**;

5. The pre-trial conference currently set for June 8, 2026, shall be continued to **November 16, 2026,** at 1:30 p.m. in Courtroom 4;

6. The trial date currently set for August 4, 2026, shall be continued to **January 12, 2027**, at 8:30 a.m. in Courtroom 4.

IT IS SO ORDERED.

Dated:   **October 30, 2025**          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

6    JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DATES; ORDER