# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANA VALDIVIA,<br><br>                    Plaintiff,<br><br>        v.<br><br>BLUESCOPE   BUILDINGS   NORTH AMERICA, INC.,<br><br><br>                    Defendant. | Case No.  1:24-cv-01343-JLT-SKO<br><br>**ORDER STAYING CASE PENDING MEDIATION**<br><br>(Doc. 18) |

The Court, having considered the Parties' Stipulation, (Doc. 18), and good cause appearing, HEREBY ORDERS as follows:

1.    This litigation is STAYED pending the conclusion of mediation.

2.    The dates set forth in the scheduling order, (*see* Doc. 17), are VACATED.

3.    Within seven (7) days of the conclusion or cancellation of the mediation, the parties SHALL file either a (1) Notice of Settlement or (2) Joint Status Report, at which point the case schedule shall be re-set if appropriate.


IT IS SO ORDERED.

Dated:    **April 1, 2026**            */s/ Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE